**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GURPREET KAUR,<br><br>    Plaintiff,<br>  vs.<br>MICHAEL CHERTOFF, Secretary of<br>Homeland Security, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. CV F 07-0139 LJO SMS<br><br>**ORDER FOR JOINT STATUS REPORT** |

On May 15, 2007, this Court signed a joint stipulation and order remanding the case to the United States Citizenship & Immigration Services, with instructions to adjudicate the application for naturalization within 30 days. The time period has passed. **The parties are hereby ORDERED to file a Joint Status Report by June 26, 2007,** indicating whether the application was adjudicated. In the Joint Status Report, that parties shall further request, as appropriate, that this Court: (1) close the action or (2) set a scheduling conference to continue with proceedings before this Court.

IT IS SO ORDERED.

**Dated:    June 20, 2007**                                 **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE