JAMES M. MAKASIAN (SBN 71791)
2300 Tulare Street, Suite 250
Fresno, CA  93721
Telephone:  (559) 442-4211 Fax: 442-4127

STEVEN P. SIMONIAN, Jr. (SBN 082858)
2300 Tulare Street, Suite 250
Fresno, CA 93721
Telephone: (559) 442-4212

Attorneys for: Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURPREET KAUR,<br><br>              Plaintiff,<br><br>v.<br><br>MICHAEL CHERTOFF, Secretary of Homeland Security, EMILIO T. GONZALEZ, Director of The United States Citizenship and Immigration Services, DAVID STILL, District Director of The United States Citizenship Immigration Services, DONALD RIDING, Field Office Director of the Fresno Field Office of The United States Citizenship Immigration Services, McGREGOR W. SCOTT, United States Attorney for the Eastern District of California, and ROBERT MUELLER, Director of the Federal Bureau of Investigations.<br><br>              Defendants. | CIVIL No. 07-cv-00139 LJO–SMS<br><br>NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF, GURPREET KAUR,  AND ORDER<br><br>Rule 41(a)(1)<br><br>CIS No.: A 47659629 |

PLEASE TAKE NOTICE:

That PLAINTIFF, GURPREET KAUR, has cleared the background name check and the only step remaining in the adjudication of his naturalization application is the oath

ceremony.  Accordingly, Plaintiff, GURPREET KAUR, hereby requests this action be dismissed, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Under Rule 41(a)(1), a plaintiff has an absolute right to dismiss his or her action prior to service by the defendant of an answer or a motion for summary judgment.  <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).

No answers to plaintiff's complaint and no motions for summary judgment have been filed in this case.   No such answers or summary judgment motion have been served.  Accordingly, Plaintiff, GURPREET KAUR, requests that this action be dismissed.

Dated: June 20, 2007                    /s/ JAMES M. MAKASIAN
                                        JAMES M. MAKASIAN
                                        Attorney for Plaintiff

IT IS SO ORDERED.

**Dated:   June 21, 2007**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE